1
2
3
4
5

6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9
10
11
12
13

| NATALEE ANN RICHARDS,<br><br>                    Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                    Defendant. | CASE NO. C14-5823-MAT<br><br>ORDER |
|---|---|

14     This matter comes before the Court on Defendant's motion to strike as moot Defendant's
15 motion to remand and Plaintiff's motion to supplement the record. Dkt. 30. As a preliminary
16 matter, the Court notes that although the Defendant styled this motion as an "unopposed"
17 motion, defense counsel did not apparently receive a stipulation from Plaintiff's counsel before
18 filing the motion. *See* Dkt. 32, 33.

19     The substance of the motion to strike addresses the unusual procedural circumstances of
20 this case: the Defendant's motion to remand and Plaintiff's motion to supplement the record
21 were filed at a time when the parties agreed the administrative record was not complete. At the
22 time Defendant filed the motion to strike, Defendant apparently believed the missing evidence
23 had been located and filed. Dkt. 30. Plaintiff's subsequent filings (Dkt. 32, 33, 35) indicate that

ORDER
PAGE - 1

the newly filed evidence constitutes some of the missing evidence, but not all.

Thus, because the dispute related to the record has not been resolved by Defendant's supplemental filing, the motion to strike (Dkt. 30) is DENIED. The Court will address the pending motion to remand (Dkt. 27) and motion to supplement the record (Dkt. 29) when they are ripe, but also directs the parties to confer regarding the status of the record in an attempt to resolve this issue as soon as possible.

DATED this 30th day of April, 2015.

Mary Alice Theiler
United States Magistrate Judge

ORDER
PAGE - 2